IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| APRIL TEMPLETON, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 06-0622-CV-W-ODS |
| BP CORPORATION NORTH AMERICA, INC., et al., | ) |
| Defendants. | ) |

ORDER OF REMAND

Pursuant to the parties' Stipulation for Remand (Doc. #4), the above-captioned case is remanded to the Circuit Court of Jackson County, Missouri, at Independence for further proceedings.

IT IS SO ORDERED.

DATE: August 3, 2006

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT